JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY J. SMITH-SCRUGGS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 09-4443-OP <br><br> JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for the payment of benefits.

DATED: January 21, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge